## MORGAN v. DIRECTOR OF PATUXENT INSTITUTION

[App. No. 59, September Term, 1964.]

*Decided November 16, 1964.*

Before HENDERSON, C. J., and HAMMOND, PRESCOTT, HORNEY, SYBERT and OPPENHEIMER, JJ.

PER CURIAM.

In this application for leave to appeal from a determination of defective delinquency the applicant raises contentions all of which are without merit, and are answered by prior decisions in *Eggleston v. State,* 209 Md. 504; *Gee v. Director,* 231 Md. 610; *Porter v. Director,* 232 Md. 639, and *Pierson v. Director,* 235 Md. 654. The crimes for which he was sentenced were enough to bring him within the provisions of sub-sections 1 and 5 of section 6(a) of Article 31B, and we think the report of Patuxent supports the finding of defective delinquency.

*Application denied.*